STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ROBERT ROBINSON, JR., DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Arthur Penn* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
KENNETH HEARD, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 172.

*Mr. Stanley C. Van Ness* and *Mr. Gerald T. Foley, Jr.* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CA-
MILLO MOLINARO AND EARL J. CUTILLO, DEFEND-
ANTS-PETITIONERS.

*Messrs. Hoffman & Humphreys, Mr. Nathan Beck* and *Messrs. Friedman & D'Allessandro* for the petitioners.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

June 30, 1969. Denied.